1  BENJAMIN B. WAGNER
   United States Attorney
2  JUSTIN L. LEE
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

**FILED**

APR 22 2015

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ CS
         DEPUTY CLERK

8              UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,            CASE NO.  2:13-CR-00296-KJM

12                    Plaintiff,         [PROPOSED] ORDER SEALING DOCUMENTS
                                         AS SET FORTH IN UNITED STATES'S NOTICE
13              v.

14  DAVID ELEAZAR,

15                    Defendant.

16

17      Pursuant to Local Rule 141(b) and based upon the representation contained in the United States's

18  Request to Seal, IT IS HEREBY ORDERED that the two-page document pertaining to defendant David

19  Eleazar, and United States's Request to Seal shall be SEALED until further order of this Court.

20      It is further ordered that access to the sealed documents shall be limited to the United States and

21  counsel for the defendant.

22

23  Dated: ___4/22/15___          _____

24                                THE HONORABLE KIMBERLY J. MUELLER
                                  UNITED STATES DISTRICT JUDGE
25

26

27

28

[PROPOSED] ORDER SEALING DOCUMENTS AS SET          1
FORTH IN UNITED STATES'S NOTICE